1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BOBBY RAMSEY,                          )   Case No.: 1:12-at-00153
                                       )
                                       )   **ORDER GRANTING APPLICATION TO**
            Plaintiff,                 )   **PROCEED IN FORMA PAUPERIS**
                                       )
    v.                                 )
                                       )   (Doc. 3)
MICHAEL J. ASTRUE,                     )
Commissioner of Social Security,       )
                                       )
                                       )
            Defendant.                 )
                                       )
_____)

     Plaintiff Bobby Ramsey filed a complaint on March 12, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

     Accordingly, IT IS HEREBY ORDERED THAT:

    1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

    2.    The Clerk of Court is DIRECTED to issue a summons; and

    3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   March 12, 2012**             **/s/ Sheila K. Oberto**
                                UNITED STATES MAGISTRATE JUDGE