UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| BOBBY RAMSEY, ) | |
| ) | Case No.  1:12-cv-0377AWI-BAM |
| Plaintiff, ) | |
| ) | ORDER TO EXTEND BRIEFING SCHEDULE |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Defendant shall have a 45-day extension in which to file an Opposition to Plaintiff's Opening Brief.  This stipulation is granted *nunc pro tunc* to reflect an extension of time from November 26, 2012 to January 10, 2013 for Defendant's opposition.

IT IS SO ORDERED.

Dated:   January 2, 2013            /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE